AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wendell L. Hawkins, PA, *Plaintiff* ) ) )<br>v.  ) )<br>Fidelity National Title Insurance Company, *Defendant* ) ) | Civil Action No.   6:16-cv-00455-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff's motion to dismiss is rendered moot.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date:   May 17, 2016                                                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                  s/Ashley Buckingham
                                                                                                        *Signature of Clerk or Deputy Clerk*